1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7   DANIEL SMITH,

8                    Plaintiff,

9        v.

10   TAMMY NICKULA, DENNIS
     CHERRY, PAT GLEBE, JOHN DOE,
11   JANE DOE,

12                    Defendants.

CASE NO. C12-5774 RBL-KLS

ORDER GRANTING MOTION TO
STAY DISCOVERY

13        Before the Court is Defendants' motion to stay discovery.  ECF No. 11.  Defendants have

14   filed a motion to dismiss, which is noted for November 30, 2012.  ECF No. 12.  The Court finds

15   that Defendants' request is reasonable and that a stay of discovery is warranted pending the

16   Court's consideration of the motion to dismiss.

17                                          **DISCUSSION**

18        The court has broad discretionary powers to control discovery.  *Little v. City of Seattle*,

19   863 F.2d 681, 685 (9th Cir. 1988).  Upon showing of good cause, the court may deny or limit

20   discovery.  Fed. R. Civ. P. 26( c).  A court may relieve a party of the burdens of discovery while

21   a dispositive motion is pending.  *DiMartini v. Ferrin*, 889 F.2d 922 (9th Cir. 1989), amended at

22   906 F.2d 465 (9th Cir. 1990) *Rae v. Union Bank*, 725 F.2d 478 (9th Cir. 1984).

23        In their motion to dismiss, Defendants argue that Plaintiff's claims should be dismissed

24   because he has failed to state a claim for relief.  ECF No. 12.  Thus, neither the parties nor this

1  Court should be burdened with the expense of discovery and discovery motions pending the

2  Court's decision on Defendants' motion as it may affect all or some of Plaintiff's claims.

3       Accordingly, it is **ORDERED:**

4       (1)     All discovery in this matter is **STAYED** pending further order of this Court.

5       (2)     The Clerk shall send a copy of this Order to Plaintiff and to counsel for

6  Defendants.

7       **DATED** this <u>30th</u> day of November, 2012.

8

9                                        Karen L. Strombom

10                                       United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING MOTION TO STAY
DISCOVERY- 2