1
2
3
4

UNITED STATES DISTRICT COURT
5   WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

7   DANIEL SMITH,                                CASE NO. C12-5774 RBL-KLS

8              Plaintiff,                        ORDER GRANTING MOTION TO
                                                 STAY DISCOVERY
9      v.

10  TAMMY NICKULA, DENNIS
    CHERRY, PAT GLEBE, JOHN DOE,
11  JANE DOE,

12             Defendants.

13         Before the Court is Defendants' motion to stay discovery.  ECF No. 11.  Defendants have

14  filed a motion to dismiss, which is noted for November 30, 2012.  ECF No. 12.  The Court finds

15  that Defendants' request is reasonable and that a stay of discovery is warranted pending the

16  Court's consideration of the motion to dismiss.

17                                **DISCUSSION**

18         The court has broad discretionary powers to control discovery.  *Little v. City of Seattle*,

19  863 F.2d 681, 685 (9th Cir. 1988).  Upon showing of good cause, the court may deny or limit

20  discovery.  Fed. R. Civ. P. 26( c).  A court may relieve a party of the burdens of discovery while

21  a dispositive motion is pending.  *DiMartini v. Ferrin*, 889 F.2d 922 (9th Cir. 1989), amended at

22  906 F.2d 465 (9th Cir. 1990) *Rae v. Union Bank*, 725 F.2d 478 (9th Cir. 1984).

23         In their motion to dismiss, Defendants argue that Plaintiff's claims should be dismissed

24  because he has failed to state a claim for relief.  ECF No. 12.  Thus, neither the parties nor this

ORDER GRANTING MOTION TO STAY
DISCOVERY- 1

1 Court should be burdened with the expense of discovery and discovery motions pending the

2 Court's decision on Defendants' motion as it may affect all or some of Plaintiff's claims.

3          Accordingly, it is **ORDERED:**

4          (1)      All discovery in this matter is **STAYED** pending further order of this Court.

5          (2)      The Clerk shall send a copy of this Order to Plaintiff and to counsel for

6 Defendants.

7          **DATED** this <u>30th</u> day of November, 2012.

8

9                                      _Karen L. Strombom_

10                                     Karen L. Strombom
                                       United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING MOTION TO STAY
DISCOVERY- 2