UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL SMITH,<br><br>                      Plaintiff,<br>  v.<br><br>TAMMY NIKULA, DENNIS CHERRY, PAT GLEBE, JOHN DOE, JANE DOE,<br><br>                      Defendants. | No. C12-5774 RBL/KLS<br><br>ORDER GRANTING EXTENSION AND MOTION TO STRIKE |

Before the Court is Plaintiff's motion for a 30 day extension of his deadline to file an amended complaint. ECF No. 18. Plaintiff states that the parties are engaged in settlement negotiations. *Id.* Plaintiff attached to his motion a copy of his counter-offer letter addressed to Defendants. *Id.* Defendants do not object to the requested extension, but ask the Court to strike the counter offer letter from Plaintiff's motion (pages 2 through 5) pursuant to Fed. R. Civ. P. 12(f). ECF No. 19.

Rule 12(f) provides that a court may strike from any pleading "any insufficient defense or redundant, immaterial, impertinent, or scandalous matter." The parties' settlement negotiations are not relevant to these proceedings and for that reason the counter-offer should be stricken.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for extension (ECF No. 18) is **GRANTED.** Plaintiff shall file his Amended Complaint on or before **April 22, 2013.**

(2) Defendants' motion to strike (ECF No. 19) is **GRANTED.** The Clerk is directed to strike pages two through five of Plaintiff's motion (ECF No. 18).

ORDER ADOPTING REPORT
AND RECOMMENDATION - 1

1

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

**DATED** this 15th day of March, 2013.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER ADOPTING REPORT
AND RECOMMENDATION - 2