UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL SMITH,

                Plaintiff,

  v.

TAMMY NIKULA, DENNIS CHERRY, PAT GLEBE, JOHN DOE, JANE DOE,

                Defendants.

No. C12-5774 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

    1)    The Court adopts the Report and Recommendation.

    2)    The parties' Agreed Motion to Dismiss (ECF No. 25) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE, with each party to bear their own costs and fees.**

    3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 31st day of May, 2013.

*(signature)*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1