UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL SMITH,<br><br>                Plaintiff,<br><br>  v.<br><br>TAMMY NIKULA, DENNIS CHERRY, PAT GLEBE, JOHN DOE, JANE DOE,<br><br>                Defendants. | No. C12-5774 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) The parties' Agreed Motion to Dismiss (ECF No. 25) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE, with each party to bear their own costs and fees.**

3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 31st day of May, 2013.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1